FILED BY _____ D.C.

05 OCT 11  PM 12: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      CR. NO. 03-20337-MI

BETTY DAVIS,

    Defendant.

## ORDER GRANTING EX PARTE MOTION TO ALLOW COMPENSATION IN EXCESS OF THE MAXIMUM

This matter came on to be heard before the Honorable Jon Phipps McCalla, United States District Court Judge for the Western District of Tennessee, upon the written Ex Parte Motion of defense counsel and the entire record in this cause.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED, that the Ex Parte Motion to Allow Compensation in Excess of the Maximum be and hereby is granted and that the Court does approve the payment to Arthur E. Quinn in the sum of $7830.00 [$7843.50 struck through] for his time in working on this case and $246.75 [$260.95 struck through] for reimbursement of expenses incurred.

*/s/ Jon P. McCalla*
United States District Court Judge
Date: Aug 19, 2005

[signature line redacted]

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-13-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 117 in case 2:03-CR-20337 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT